FILED
November 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL GALEN DONNELLY, ) <br> ) <br> Defendant. ) | Case No. CR. S-07-0523 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL GALEN DONNELLY , Case No. CR. S-07-0523 LKK  , Charge  Title 18 USC §371 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

X   Bail Posted in the Sum of $ 50,000.00

    X   Unsecured Appearance Bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

X   (Other)   Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 15, 2007  at  2:55 pm .

By  _[signature]_
Dale A. Drozd
United States Magistrate Judge